SBA

1    PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2    Name ____BAKER_____DAVID_____
              (Last)            (First)           (Initial)

3    Prisoner Number _____E-15715_____

4    Institutional Address P.O. BOX 689, ED-112U, SOLEDAD, CA 93960-0689

5                                                                    (PR)

6                        UNITED STATES DISTRICT COURT
7                       NORTHERN DISTRICT OF CALIFORNIA         SBA

8    DAVID BAKER                            )
     _____       )   C 07 5438
     (Enter the full name of plaintiff in this action.)   )
9                                           )
                    vs.                     )   Case No. _____
10   BEN CURRY, WARDEN,                     )      (To be provided by the clerk of court)
                                            )
11   _____       )   PETITION FOR A WRIT
     CORRECTIONAL TRAINING FACILITY         )   OF HABEAS CORPUS
12                                          )
     SOLEDAD, CALIFORNIA 93960-0689         )
13                                          )
                                            )
14   (Enter the full name of respondent(s) or jailor in this action)  )

15

16                    Read Comments Carefully Before Filling In

17   When and Where to File

18          You should file in the Northern District if you were convicted and sentenced in one of these

19   counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20   San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21   this district if you are challenging the manner in which your sentence is being executed, such as loss of

22   good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24   one of the above-named fifteen counties, your petition will likely be transferred to the United States

25   District Court for the district in which the state court that convicted and sentenced you is located. If

26   you are challenging the execution of your sentence and you are not in prison in one of these counties,

27   your petition will likely be transferred to the district court for the district that includes the institution

28   where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

<u>Who to Name as Respondent</u>

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

<u>A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

1. What sentence are you challenging in this petition?

    (a)   Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

<u>SUPERIOR COURT, SANTA CLARA</u>    <u>SANTA CLARA , CA</u>

           Court                     Location

    (b)   Case number, if known <u>127997</u>

    (c)   Date and terms of sentence <u>4-18-89 / 27 YEARS TO LIFE</u>

    (d)   Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)    Yes <u>X</u>    No \_\_\_\_\_

Where?

Name of Institution: <u>CORRECTIONAL TRAINING FACILITY</u>

Address: <u>CTF-CENTRAL, ED-112L, P.O.B. 689, SOLEDAD, CA</u>
<u>93960-0689</u>

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

<u>FIRST DEGREE MURDER WITH USE OF FIREARM</u>

<u>(PENAL CODE §187 / PENAL CODE §12022.5)</u>

PET. FOR WRIT OF HAB. CORPUS    - 2 -

3. Did you have any of the following?

Arraignment:       Yes __X__  No _____

Preliminary Hearing:    Yes _____ No __X__

Motion to Suppress:    Yes _____ No __X__

4. How did you plead?

Guilty __X__ Not Guilty _____ Nolo Contendere _____

Any other plea (specify) __PLEA AGREEMENT_____

5. If you went to trial, what kind of trial did you have?

Jury _____ Judge alone __X__ Judge alone on a transcript _____

6. Did you testify at your trial?      Yes _____ No __X__

7. Did you have an attorney at the following proceedings:

(a) Arraignment       Yes __X__ No _____

(b) Preliminary hearing  (PLEA) Yes _____ No __X__

(c) Time of plea      Yes __X__ No _____

(d) Trial        Yes _____ No __X__

(e) Sentencing      Yes __X__ No _____

(f) Appeal       Yes _____ No __X__

(g) Other post-conviction proceeding Yes _____ No __X__

8. Did you appeal your conviction?    Yes _____ No __X__

(a) If you did, to what court(s) did you appeal?

Court of Appeal    Yes _____ No __X__

Year: __N/A__ Result:_____N/A_____

Supreme Court of California Yes _____ No __X__

Year: __N/A__ Result:_____N/A_____

Any other court    Yes _____ No __X__

Year: __N/A__ Result:_____N/A_____

(b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS   - 3 -

petition?                                    Yes _____     No___X___

(c)   Was there an opinion?                  Yes _____     No___X___

(d)   Did you seek permission to file a late appeal under Rule 31(a)?

                                             Yes _____     No___X___

If you did, give the name of the court and the result:

_____

_____ N/A _____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

this conviction in any court, state or federal?          Yes _____     No___X___

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that

challenged the same conviction you are challenging now and if that petition was denied or dismissed

with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

for an order authorizing the district court to consider this petition. You may not file a second or

subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

U.S.C. §§ 2244(b).]

(a)   If you sought relief in any proceeding other than an appeal, answer the following

      questions for each proceeding. Attach extra paper if you need more space.

I.    Name of Court: _____ N/A _____

      Type of Proceeding: _____ N/A _____

      Grounds raised (Be brief but specific):

      a._____ N/A _____

      b._____ N/A _____

      c._____ N/A _____

      d._____ N/A _____

      Result: _____ N/A _____ Date of Result: ___ N/A ___

II.   Name of Court: _____ N/A _____

      Type of Proceeding: ___ N/A _____

      Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

1    a._____N/A_____

2    b._____N/A_____

3    c._____N/A_____

4    d._____N/A_____

5    Result: _____N/A_____ Date of Result: __N/A____

6    III.    Name of Court: _____N/A_____N/A____

7    Type of Proceeding: _____N/A_____

8    Grounds raised (Be brief but specific):

9    a._____N/A_____

10   b._____N/A_____

11   c._____N/A_____

12   d._____N/A_____

13   Result: _____N/A_____ Date of Result:__N/A____

14   IV.    Name of Court: _____N/A_____

15   Type of Proceeding: _____N/A_____

16   Grounds raised (Be brief but specific):

17   a._____N/A_____

18   b._____N/A_____

19   c._____N/A_____

20   d._____N/A_____

21   Result: _____N/A_____ Date of Result: __'N/A____

22   (b)     Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                   Yes _____    No__X__

24   Name and location of court: _____N/A_____

25   B. GROUNDS FOR RELIEF

26          State briefly every reason that you believe you are being confined unlawfully. Give facts to

27   support each claim. For example, what legal right or privilege were you denied? What happened?

28   Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1  need more space. Answer the same questions for each claim.

2      [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5      Claim One: PENAL CODE §3041 CREATES A LIBERTY INTEREST PROTECTED BY THE

6  FEDERAL DUE PROCESS CLAUSE OF THE U.S. CONSTITUTION 5TH & 14TH
   AMENDMENTS.

7   Supporting Facts: CALIFORNIA PENAL CODE §3041 CREATES A CONSTITUTIONALLY

8  PROTECTED LIBERTY INTEREST THAT THE BOARD OF PAROLE HEARINGS SHALL

9  RELEASE PETITIONER WHEN CERTAIN PREREQUISITE CONDITIONS ARE MET,

10 WHICH WERE MET IN THIS CASE. FAILURE TO SET PETITIONER A PAROLE

   DATE VIOLATED THE SPIRIT OF PENAL CODE §3041 AND DUE PROCESS OF LAW.
11  Claim Two: THE BOARD'S UNSUITABILITY DETERMINATION WAS UNSUPPORTED BY

12 EVIDENCE THAT WOULD BRING MR. BAKER'S CASE WITHIN THE TERMS OF PENAL
   CODE 3041(B).
13  Supporting Facts: THE CALIFORNIA LEGISLATURE HAS SPECIFIED THAT IF THE

14 GRAVITY OF THE OFFENSE SHOWS THAT THE INDIVIDUAL WOULD BE A THREAT TO

15 PUBLIC SAFETY, THEN THE BOARD MAY DETERMINE THAT THE INDIVIDUAL IS
   UNSUITABLE FOR PAROLE. THERE IS NO EVIDENCE THAT THE OFFENSE SHOWS
16 MR. BAKER TO BE UNSUITABLE. THE BOARD'S RELIANCE ON THE OFFENSE AS
   SOME EVIDENCE IS A VIOLATION OF MR. BAKER'S DUE PROCESS RIGHTS.
17  Claim Three: THE FINDINGS MADE AND REASONS PROFFERED BY THE BOARD ARE

18 AN ABUSE OF DISCRETION CONFERRED UPON THE BOARD BY THE LEGISLATURE.

19  Supporting Facts: THE BOARD'S DISCRETION IS ABUSED BY FACTUAL FINDINGS

20 THAT ARE NOT SUPPORTED BY "SOME EVIDENCE". THE BOARD FAILED TO GIVE

21 PETITIONER THE REQUIRED DUE PROCESS RIGHTS OF THE 5TH & 14TH AMENDMENTS

22 BASED ON INDIVIDUAL CULPABILITY PROPORTIONATE TO HIS OFFENSE.

   (RELIEF REQUESTED: PETITIONER'S TERM BE SET)
23  If any of these grounds was not previously presented to any other court, state briefly which

24 grounds were not presented and why:
                              N/A

25  _____
                              N/A
26  _____
                              N/A
27  _____
                              N/A
28  _____

   PET. FOR WRIT OF HAB. CORPUS      - 6 -

1       List, by name and citation only, any cases that you think are close factually to yours so that they

2   are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning

3   of these cases:

4   McQUILLION V. DUNCAN, 306 F.3d 895 (9TH CIR. 2002) McQUILLION V. DUNCAN,

5   235 F.SUPP.2d 1131 (C.D.CAL.2003). BIGGS V. TERHUNE. 334 F.3d 910 (9th

6   CIR. 2003); ROSENKRANTZ V. MARSHALL, 444 F.SUPP.2d 1063 (C.D.CAL. 2006)

7   Do you have an attorney for this petition?        Yes____    No_x_

8   If you do, give the name and address of your attorney:

9                  N/A

10       WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11   this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13   Executed on _10/18/07_____

14           Date                  Signature of Petitioner

15

16

17

18

19

20   (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS    - 7 -

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, _____ DAVID BAKER _____, declare:

I am over 18 years of age and I am party to this action.  I am a
resident of CORRECTIONAL TRAINING FACILITY prison, in the County
of Monterrey, State of California.  My prison address is:

DAVID BAKER_____, CDCR #: E-15715____
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: ED-112U____
SOLEDAD, CA 93960-0689.

On ___10/18/07_____, I served the attached:

---

PETITION FOR WRIT OF HABEAS CORPUS

---

on the parties herein by placing true and correct copies
thereof, enclosed in a sealed envelope (verified by prison
staff), with postage thereon fully paid, in the United States
Mail in a deposit box so provided at the above-named institution
in which I am presently confined.  The envelope was addressed as
follows:

UNITED STATES DISTRICT COURT            OFFICE OF THE ATTORNEY GENERAL
NORTHERN DISTRICT OF CALIFORNIA         455 Golden Gate Avenue, #11000
450 Golden Gate Avenue                  San Francisco, CA 94102-3664
Post Office Box 36060
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.

Executed on 10/18/07_____.

_____
Declarant

Court of Appeal, Sixth Appellate District - No. H031550
**S154722**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re DAVID BAKER on Habeas Corpus

---

The petition for review is denied.

SUPREME COURT
**FILED**

SEP 2 5 2007

Frederick K. Ohlrich Clerk

_____
Deputy

**GEORGE**
_____
Chief Justice

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611011800
Cashier ID: sprinka
Transaction Date: 10/24/2007
Payer Name: d. baker
------------------------------------
WRIT OF HABEAS CORPUS
 For: d. baker
 Amount:        $5.00
------------------------------------
CHECK
 Check/Money Order Num: 11545881524
 Amt Tendered:  $5.00
------------------------------------
Total Due:        $5.00
Total Tendered:   $5.00
Change Amt:       $0.00

07-5438sbapr


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.



Paul Bakes (12-15-12)
P.O. Box 689 (E.O.112a)
Soledad, CA 93960-0689

U.S. POSTAGE
PAID
SAN FRANCISCO, CA
93960
OCT 2007
$5.94
AMOUNT
0007224-16
94102
0000

7006 0810 0000 1403 9634

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102

FIRST CLASS