Attn: Clerk U.S. District Court
1301 Clay Street Rm. 400 S.
Oakland, Ca. 94612

Wednesday, December 12, 2007

Re: David Baker E-15715
Case # 075438



This letter is to inform you that David Baker has been transferred to San Quentin State
Prison. His new address is :

David Baker E-15715
San Quentin State Prison
San Quentin, Ca. 93964

He as of today, had not been assigned a permanent housing number.

Yours truly,
Patricia E. Baker
Spouse of Inmate Baker

USA FIRST/CLASS FOREVER

HAPPY
HOLIDAY

SAN JOSE CA 951

13 DEC 2007 PM 2 T

David Baker E-15715
San Quentin State Prison
San Quentin Ca
93974
Cone # D75438

Clerk U.S. District Court
1301 Clay Street R4D05 -
Oakland, Ca 94612

328124-32517