United States District Court
Northern District of California
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, Ca. 94102

RECEIVED
07 NOV 29 PM 1: 04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To Whom It May Concern:                    November 27, 2007

I am writing on behalf of my husband,
David Baker E-15715
Case # C 07 5438.   SBA

David was transferred from CTF Soledad on Wednesday November 21, 2007.
This letter is to notify you of his new address.

David Baker E-15715
San Quentin State Prison 5-N-82 L
San Quentin, Ca. 94964


Thank you.
Patricia Baker

Case 4:07-cv-05438-SBA    Document 3    Filed 12/17/2007    Page 2 of 2

Return address:
Patricia Baker
Apt. 8
500 Pico Blanco St.
Salinas, CA 93901-1750

Postmark: SAN JOSE CA 951, 28 NOV 2007 PM 6 L

Addressed to:
United States District Court
Northern District of California
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, CA 94102

94102+3333 0000

Received stamp:
RECEIVED
07 NOV 29 PM 12: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA