IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BAKER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-5438 SBA (PR)<br><br>**ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION TO PLEAD HIS CLAIMS WITH SPECIFICITY; DENYING RESPONDENT'S MOTION TO DISMISS; AND REINSTATING ORDER TO SHOW CAUSE**<br><br>(Docket no. 5) |

　　　　Petitioner, a state prisoner, filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the constitutionality of the denial of his parole by the California Board of Parole Hearings (Board). In an Order dated May 9, 2008, the Court ordered Respondent to show cause why the petition should not be granted.

　　　　Respondent moves to dismiss the petition on the ground that Petitioner did not allege his claim with sufficient specificity to warrant habeas relief because he did not identify which parole consideration hearing he is challenging. Petitioner filed an opposition. He has attached his petition for review filed in the California Supreme Court, which indicates that he is challenging the denial of parole at his May 8, 2006 parole consideration hearing.[1] (Opp'n Attach., Pet. for Review at iii.) The Court construes his allegation as a motion to amend his petition to plead his claims with specificity. Respondent states in his reply, "In his opposition, [Petitioner] establishes neither that he has standing nor that his petition was sufficiently plead." (Reply at 1.) The Court finds Respondent's

---

[1] The Court notes that Petitioner stated in his opposition that he "filed in this Court a Petition for Writ of Habeas Corpus challenging the May 6, 2007 California Board of Parole Hearings decision denying him parole suitability." (Opp'n at 2.) However, the record shows that the federal petition filed on October 24, 2007 does not indicate which hearing is being challenged. Instead, attached to that petition is the California Supreme Court's September 25, 2007 denial in case no. S154722. Because Petitioner claims he is challenging "the only hearing he has had and has exhausted through the State Courts" (Opp'n at 3), the Court will focus on the information in his petition for review, which states that he challenged the May 8, 2006 parole denial.

1  argument unavailing because, as mentioned above, Petitioner has indicated the specific parole denial
2  he is challenging.
3       The Court GRANTS Petitioner's motion to amend the petition to plead his claims with
4  specificity by clarifying that he is challenging the Board's decision to deny him parole at his May 8,
5  2006 parole consideration hearing.  Accordingly, the Court DENIES Respondent's motion to dismiss
6  on the ground that Petitioner has not sufficiently plead his claim.

## CONCLUSION

8       For the foregoing reasons,
9       1.  The Court GRANTS Petitioner's motion to amend the petition to plead his claims
10  with specificity by clarifying that he is challenging the Board's decision to deny him parole at his
11  May 8, 2006 parole consideration hearing.
12       2.  The Court DENIES Respondent's motion to dismiss on the ground that Petitioner has
13  not sufficiently plead his claim (docket no. 5).
14       3.  The Court's May 9, 2008 Order to Show Cause is reinstated.
15       4.  Respondent is ordered to file an answer and supporting documents within **sixty (60)**
16  **days** from the date of this Order.  Respondent shall file with an answer a copy of all state records
17  that have been transcribed previously and that are relevant to a determination of the issues presented
18  by the petition.
19       If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the
20  Court and serving it on Respondent within **thirty (30) days** of his receipt of the answer.  Should
21  Petitioner fail to do so, the petition will be deemed submitted and ready for decision **thirty (30) days**
22  after the date Petitioner is served with Respondent's answer.
23       5.  This Order terminates Docket no. 5.
24       IT IS SO ORDERED.
25  DATED: September 29, 2009               _Saundra B Armstrong_
                                           SAUNDRA BROWN ARMSTRONG
26                                             United States District Judge

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID BAKER,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-05438 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Baker E-15715
California State Prison - San Quentin
San Quentin, CA 93964

Dated: September 30, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Baker5438.denyMTD(noHEARINGdate).wpd   3