IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID BAKER,

    Petitioner,

  v.

BEN CURRY, Warden,

    Respondent.
                                     /

No. C 07-05438 SBA (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by January 23, 2009.

    This Order terminates Docket no. 10.

    IT IS SO ORDERED.

DATED: 1/12/10

                                  SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID BAKER,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-05438 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Baker E-15715
California State Prison - San Quentin
San Quentin, CA 93964

Dated: January 13, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk