IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID BAKER,

    Petitioner,

v.

BEN CURRY, Warden,

    Respondent.

No. C 07-05438 SBA (PR)

**AMENDED ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **January 23, 2010.**

    This Order terminates Docket no. 10.

    IT IS SO ORDERED.

DATED: 1/15/10

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID BAKER,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-05438 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Baker E-15715
California State Prison - San Quentin
San Quentin, CA 93964

Dated: January 19, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk