IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID BAKER, | ) | No. C 07-05438 SBA (PR) |
| Petitioner, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| BEN CURRY, | ) ) | |
| Respondent. | ) ) ) | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.

IT IS SO ORDERED.

DATED: 9/15/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  DAVID BAKER,

                                            Case Number: CV07-05438 SBA
5              Plaintiff,
                                            **CERTIFICATE OF SERVICE**
6     v.

7  BEN CURRY et al,

8              Defendant.
                                       /
9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11
   That on September 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
12  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13  located in the Clerk's office.

14

15

16  David Baker E-15715
    California State Prison - San Quentin
17  San Quentin, CA 93964

18  Dated: September 15, 2010
                                            Richard W. Wieking, Clerk
19                                          By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.07\Baker5438.jud.wpd        2